WILLARD D. ROCKEFELLER v. THE EIGHTY-SEVENTH STREET AND EAST END

AVENUE CORPORATION.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.